March 29, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

THE KNIGHT CORPORATION, Appellant

NO. 14-11-00770-CV                  V.

SUSANA NERY KNIGHT, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 12, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by THE KNIGHT CORPORATION.

We further order this decision certified below for observance.